IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| RICHARD MUMFORD, | § | |
| | § | |
| Defendant Below– | § | No. 30, 2019 |
| Appellant, | § | |
| | § | Court Below–Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID No. 1704014834 (S) |
| | § | |
| Plaintiff Below– | § | |
| Appellee. | § | |
| | § | |

Submitted: April 15, 2019
Decided: April 17, 2019

## ORDER

It appears to the Court that, on March 28, 2019, the Chief Deputy Clerk issued a notice, sent by certified mail, directing the appellant, Richard Mumford, to show cause why his appeal should not be dismissed for his failure to file his opening brief and appendix. Mumford received the notice to show cause by April 2, 2019, but did not respond to it, and has not filed an opening brief. Dismissal of the appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice